# EXHIBIT E

# PALLC v Wade - Second Supplemental FRCP 7.1 Disclosure - Unredacted to be Sealed Version (Counterpart of ECF 35)

---

| | |
|---|---|
| From | Nicholas C. Dranias <ndranias@ndlawpolicy.com> |
| To | 'Katherine Chiarello'<katherine@bccaustin.com> |
| CC | 'Watson Moss, Kate'<kwatsonmoss@beneschlaw.com>, 'Jeanette K. Doran'<jeanette@jkdoranlaw.com> |
| Date | Wednesday, February 18th, 2026 at 4:53 PM |

---

Dear Counsel:

Attached please find courtesy copies of an FRCP 7.1 Supplement that was filed today – the redactions are in line with the order entered in ECF No. 8 (Petitioner's Second Motion to Seal).

Please maintain the confidentiality of the unredacted information pursuant to its sealed status.

Thank you,

_____

Nick Dranias, esq.

Nick Dranias Law & Policy Analysis LLC

www.ndlawpolicy.com

3145 E. Chandler Blvd., Ste 110-645

Phoenix, AZ 85048

Mobile: 602-228-2582

ndranias@ndlawpolicy.com

Practicing under authority of licensure in Arizona, Illinois, Minnesota, Texas and Washington, DC, California Rules of Court, Rule 9.48(c), Delaware Lawyer's Rules of Professional Conduct, Rule 5.5(c)(4), North Carolina Rules of Professional Conduct, Rule 5.5(c)(2), (4), and (d)(2), and Wyoming Rules of Professional Conduct, Rule 5.5(c) and (d). Not admitted to the State Bars of California, Delaware, North Carolina or Wyoming. Definitionally excluded and/or exempt from registration under (a) the U.S. Lobbying Disclosure Act pursuant to 2 U.S.C. § 1602(10) (<20% of time/3mos) and/or 1603(a)(3) ($2,500+CPI/client-quarter-$10,000+CPI/organization-quarter); and/or (b) U.S. Foreign Agent Registration Act pursuant to 22 U.S.C. § 611(b) (no foreign principal), 611(c) (no foreign agency), and/or 613(b) (private commerce).

CONFIDENTIALITY NOTICE: The information contained in this message may be confidential. It is intended only

## NICK DRANIAS LAW & POLICY ANALYSIS LLC

*A NETWORK OF INDEPENDENT ATTORNEYS AND POLICY ANALYSTS, NOT A PARTNERSHIP*

3145 E. CHANDLER BLVD., SUITE 110
PHOENIX, ARIZONA 85048
OFFICE: 602-539-2703
FAX: 602-483-1658

SOLE MANAGING MEMBER:
NICHOLAS C. DRANIAS, ESQ.                                          LICENSED IN AZ, DC, IL, MN, TX

_____

OF COUNSEL:
JEANETTE K. DORAN, ESQ.                                          LICENSED IN NORTH CAROLINA
NADIA G. SEMERDJIEVA, ESQ.                                          LICENSED IN CALIFORNIA

February 18, 2026

Clerk of the Court
Sealed Filings Section
U.S. District Court for the Western District of Texas
Via Drop Box

RE: Próspera Africa LLC v. Magatte Wade; Case Number: 1:26-cv-00060-RP-ML; Unredacted Second Supplemental FRCP 7.1 Disclosure – to be Sealed pursuant to ECF No. 8

Dear Clerk:

Attached please find the unredacted version of the redacted Second Supplemental FRCP 7.1 Disclosure which was filed via ECF with redactions corresponding to the those authorized by the previous order granting Petitioner's Second Motion to Seal (ECF No. 8).

This unredacted version is otherwise identical to the redacted version filed at ECF No. 35, with the sole addition of an additional certificate of service to indicate that it is being served by email on two of the counsel of record for Ms. Wade. Due to uncertainty as to the privacy of facsimile service, which has apparently been requested by Ms. Wade's third counsel of record, we request that we be kindly excused from additional facsimile service.

If you have any questions, please do not hesitate to call.

Thank you for your consideration.

Very truly yours,

Nicholas C. Dranias
Attorney at Law
602-228-2582
ndranias@ndlawpolicy.com

cc: Counsel of Record for Respondent Magatte Wade, Katherin Patrice Chiarello and Kate Watson Moss